# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VALERIA (NUNEZ) COPLEMAN;** <br><br> Plaintiff, <br><br> v. <br><br> **CAVALRY SPV I, LLC and WINN LAW GROUP, APC;** <br><br> Defendants | **Case No. 8:17-cv-2041-JLS-JDE** <br><br><br> **JUDGMENT** |

Based on the notice of Voluntary Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendants, shall be, and herewith is, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 22, 2018

_____
HON. JOSEPHINE L. STATON
United States District Judge